IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTINA ALICIA LYNCH , | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-461-MTT |
| | * |
| TIMOTHY WARD, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated June 5, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 7th day of June, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk